**APPEAL**

# U.S. Bankruptcy Court
## Middle District of Florida (Orlando)
### Adversary Proceeding #: 6:08-ap-00126-ABB

*Assigned to:* Arthur B. Briskman  
*Related BK Case:* 08-03517  
*Related BK Title:* CF Hospitality Inc  
*Related BK Chapter:* 11  
*Demand:*  
 *Nature[s] of Suit:*  72 Injunctive relief - other

*Date Filed:* 07/08/08

**Plaintiff**
-----------------------
**CF Hospitality Inc**  
Bridgewater Consulting & Ins Svcs,Inc  
c/o Ed Reisz  
2464 Alaqua Drive, Suite 100  
Longwood, FL 32779  
Tax id: 20-3458409

represented by **David R McFarlin**  
Wolff, Hill, McFarlin & Herron, P.A  
1851 West Colonial Drive  
Orlando, FL 32804  
407-648-0058  
Fax : 407-648-0681  
dmcfarlin@whmh.com  
*LEAD ATTORNEY*

**Frank M Wolff**  
Wolff Hill McFarlin & Herron PA  
1851 West Colonial Drive  
Orlando, FL 32804  
(407) 648-0058  
Fax : (407) 648-0681  
fwolff@whmh.com

V.

**Defendant**
-----------------------
**Gramercy Investment Trust**

represented by **John B Hutton**  
Greenberg Traurig PA  
1221 Brickell Avenue  
Miami, FL 33131  
305-579-0500  
Fax : 305-961-5788  
huttonj@gtlaw.com

**Scott M Grossman**  
Greenberg Traurig PA  
1221 Brickell Avenue  
Miami, FL 33131  
(305) 579-0583

Fax : (305) 961-5583
grossmansm@gtlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 07/08/2008 | 1 | Complaint by CF Hospitality Inc against Gramercy Investment Trust. Filing Fee Not Required. Nature of Suit: [72 (Injunctive relief - other)]. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (McFarlin, David) (Entered: 07/08/2008) |
| 07/08/2008 | 2 | Summons Issued Summons Issued on Gramercy Investment Trust . Answer Due 08/7/2008. If one or more defendants are the United States or an officer or agency thereof, add an additional five days to the Answer Due date. (McFarlin, David) (Entered: 07/08/2008) |
| 07/08/2008 | 3 | Verified Motion for Preliminary Injunction , *Expedited Disposition Requested* Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4) (McFarlin, David) (Entered: 07/08/2008) |
| 07/09/2008 | 4 | Summons Service Executed on Gramercy Investment Trust Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc (related document(s)1). (McFarlin, David) (Entered: 07/09/2008) |
| 07/09/2008 | 5 | Certificate of Service Re: *Plaintiff's Verified Motion for Preliminary Injunction with Request for Expedited Disposition* Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc (related document(s)3). (McFarlin, David) (Entered: 07/09/2008) |
| 07/10/2008 | 6 | Statement of Corporate Ownership Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc. (McFarlin, David) (Entered: 07/10/2008) |
| 07/14/2008 | 7 | Notice of Evidentiary Hearing on Verified Motion by Plaintiff for Preliminary Injunction (related document(s)3). Hearing scheduled for 7/22/2008 at 01:00 PM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. (Sessions, Susan) (Entered: 07/14/2008) |
| 07/16/2008 | 8 | Limited Motion for Protective Order *for its Corporate Representive and (ii) Protective Order for Elizabeth Valdivieso* Filed by Roy S Kobert on behalf of Creditor Bom Dia Trading, LLC (Attachments: # 1 Large Attachment # 2 Large Attachment) (Kobert, Roy) (Entered: 07/16/2008) |
| 07/16/2008 | 9 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 7)). Service Date 07/16/2008. (Admin.) (Entered: 07/17/2008) |

| | | |
|---|---|---|
| 07/17/2008 | 10 | Objection to *Subpoena Duces Tecum of Gramercy Investment Trust by Lourdes Zaczac* Filed by Scott W Spradley on behalf of Interested Party Lourdes Zaczac. (Spradley, Scott) (Entered: 07/17/2008) |
| 07/17/2008 | 11 | Emergency Motion to Compel *Deposition Testimony and Production of Documents from Lourdes ZacZac and for Sanctions* Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust. (Attachments: # 1 Exhibit A through D# 2 Exhibit E through H) (Grossman, Scott) (Entered: 07/17/2008) |
| 07/17/2008 | 12 | Certificate of Necessity *of Request for Emergency Hearing* Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust (related document(s)11). (Grossman, Scott) (Entered: 07/17/2008) |
| 07/17/2008 | 13 | Notice of Hearing *on Emergency Motion (I) to Compel Deposition Testimony and Production of Documents from Lourdes ZacZac and (II) for Sanctions* Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust (related document(s)11). Hearing scheduled for 7/22/2008 at 01:30 PM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. (Grossman, Scott) (Entered: 07/17/2008) |
| 07/21/2008 | 14 | Response to *Plaintiff's Verified Motion for Preliminary Injunction With Request for Expedited Disposition* Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust (related document(s)3). (Grossman, Scott) (Entered: 07/21/2008) |
| 07/22/2008 | 15 | Hearing Proceeding Memo: Hearing Held, Ruling: Live Testimony: Ed Reese, Mark French; Exhibits: D'ors 9,10,11,12,13,14 admitted; Gramercy : 8 admitted; as to the Motion for Preliminary Injunction, granted, parties can proceed with State Court litigation through judgment, but no seizure or liens upon principals assets without further order of the court, order by Wolff; as to the Motion for Protective Order by Bom Dia, granted, order by Kobert, as to the Motion to Compel Deposition Testimony, moot. (related document(s) 8, 11, 10, 14, 3). (Coberly, Susan) (Entered: 07/23/2008) |
| 07/22/2008 | 21 | Exhibit List *9, 10, 11, 12, 13, 14, filed in Open Court; related main case 08-3517;* Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc (related document(s)15). (Sessions, Susan) (Entered: 07/29/2008) |
| 07/24/2008 | 16 | Order Granting Motion For Protective Order , *re Bom Dia Trading LLC; (i) Limited Protective Order for Its Corporate Representative and (ii) Protective Order for Elizabeth Valdivieso* (Related Doc # 8). Signed on 7/24/2008. (Sessions, Susan ) (Entered: 07/24/2008) |
| | | |

| | | |
|---|---|---|
| 07/24/2008 | 🔵17 | Order Granting Motion For Preliminary Injunction (Related Doc # 3). Signed on 7/24/2008. (Sessions, Susan ) (Entered: 07/24/2008) |
| 07/26/2008 | 🔵18 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 16)). Service Date 07/26/2008. (Admin.) (Entered: 07/27/2008) |
| 07/26/2008 | 🔵19 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 17)). Service Date 07/26/2008. (Admin.) (Entered: 07/27/2008) |
| 07/28/2008 | 🔵20 | Motion to Amend or Alter Preliminary Injunction Order Filed by John B Hutton on behalf of Defendant Gramercy Investment Trust (related document(s)17). (Hutton, John) Modified on 8/4/2008 (Sessions, Susan). (Entered: 07/28/2008) |
| 08/04/2008 | 🔵22 | Notice of Evidentiary Hearing on Motion by Defendant to Amend or Alter Preliminary Injunction Order (related document(s)20). Hearing scheduled for 8/18/2008 at 11:00 AM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. (Sessions, Susan) (Entered: 08/04/2008) |
| 08/04/2008 | 🔵23 | Notice of Filing *Transcript of Proceedings* Filed by John B Hutton on behalf of Defendant Gramercy Investment Trust. (Attachments: # 1 Exhibit Transcript of Proceedings date 7-22-08) (Hutton, John) (Entered: 08/04/2008) |
| 08/05/2008 | 🔵24 | Order Denying Motion To Amend *or Alter Preliminary Injunction Order; and Granting Debtor's ore tenus Motion to extend the Preliminary Injunction, extended through September 24, 2008, or until such time as is further ordered by the Court* (Related Doc # 20). Signed on 8/5/2008. (Sessions, Susan ) (Entered: 08/05/2008) |
| 08/06/2008 | 🔵25 | BNC Certificate of Mailing - Notice of Hearing (related document(s) (Related Doc # 22)). Service Date 08/06/2008. (Admin.) (Entered: 08/07/2008) |
| 08/07/2008 | 🔵26 | Answer to Complaint *ANSWER AND AFFIRMATIVE DEFENSES* (Related Doc # 1). Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust. (Grossman, Scott) (Entered: 08/07/2008) |
| 08/07/2008 | 🔵27 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 24)). Service Date 08/07/2008. (Admin.) (Entered: 08/08/2008) |
| 08/14/2008 | 🔵28 | Notice of Appeal. *District Court Case Number 6:08-cv-01631* |

| | | |
|---|---|---|
| | | *transmitted on 9/22/2008* (Fee Paid) Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust (related document(s) 24, 17). Appellant Designation due by 8/25/2008. (Grossman, Scott) Modified on 8/15/2008 (Johnson, Alyson). Modified on 10/1/2008 (Johnson, Alyson). (Entered: 08/14/2008) |
| 08/14/2008 | | Receipt of Filing Fee for Notice of Appeal(6:08-ap-00126-ABB) [appeal,ntcapl] ( 255.00). Receipt Number 12846845, Amount Paid $ 255.00 (U.S. Treasury) (Entered: 08/14/2008) |
| 08/14/2008 | 29 | Motion to Shorten Time *for Discovery* Filed by Frank M Wolff on behalf of Plaintiff CF Hospitality Inc. (Wolff, Frank) (Entered: 08/14/2008) |
| 08/15/2008 | 30 | Certificate of Mailing via Bankruptcy Noticing Center *re: Notice of Appeal* (related document(s)28). (Johnson, Alyson) (Entered: 08/15/2008) |
| 08/15/2008 | 31 | Notice to Appellant of Responsibilities (related document(s)28). (Johnson, Alyson) (Entered: 08/15/2008) |
| 08/17/2008 | 32 | BNC Certificate of Mailing. (related document(s) (Related Doc # 31)). Service Date 08/17/2008. (Admin.) (Entered: 08/18/2008) |
| 08/17/2008 | 33 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 30)). Service Date 08/17/2008. (Admin.) (Entered: 08/18/2008) |
| 08/18/2008 | 34 | Order Granting Motion to Shorten Time 29) *for Defendant to respond to discovery by 8/29/08* Signed on 8/18/2008. (Russell, Nola ) (Entered: 08/19/2008) |
| 08/21/2008 | 35 | Appellant Designation of Contents for Inclusion in Record on Appeal , Statement of Issues on Appeal, Filed by John B Hutton on behalf of Defendant Gramercy Investment Trust. Appellee designation due by 9/2/2008. (Hutton, John) (Entered: 08/21/2008) |
| 08/27/2008 | 37 | Purchase Order for Transcript re: Appeal Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust (related document (s)28). Transcript Due by 9/22/2008. (Sessions, Susan) (Entered: 09/04/2008) |
| 09/02/2008 | 36 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Frank M Wolff on behalf of Plaintiff CF Hospitality Inc. (Wolff, Frank) (Entered: 09/02/2008) |
| 09/15/2008 | 38 | Second Motion for Preliminary Injunction , *Expedited Hearing* |

| | | |
|---|---|---|
| | | *Requested* Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (McFarlin, David) (Entered: 09/15/2008) |
| 09/15/2008 | 39 | Notice of Hearing *on Plaintiff's Second Verified Motion for Preliminary Injunction* Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc (related document(s)38). Hearing scheduled for 9/23/2008 at 10:30 AM at Orlando, FL - Courtroom A, 5th Floor, 135 W. Central Boulevard. (McFarlin, David) (Entered: 09/15/2008) |
| 09/17/2008 | 40 | Motion to Shorten Time *for Issuance of Subpoenas Duces Tecum, Notice Thereof, and Production of Documents in Response Thereto* Filed by John B Hutton on behalf of Defendant Gramercy Investment Trust. (Hutton, John) (Entered: 09/17/2008) |
| 09/22/2008 | 41 | Notice of Hearing Filed by John B Hutton on behalf of Defendant Gramercy Investment Trust (related document(s)40). Hearing scheduled for 9/23/2008 at 10:30 AM (check with court for location). (Hutton, John) (Entered: 09/22/2008) |
| 09/22/2008 | 42 | Response to *Plaintiff's Second Verified Motion for Preliminary Injunction with Request for Expedited Disposition* Filed by John B Hutton on behalf of Defendant Gramercy Investment Trust (related document(s)38). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Hutton, John) (Entered: 09/22/2008) |
| 09/22/2008 | 43 | Notice of Filing Transcript of Deposition of Lourdes ZacZac, Georgi ZacZac, and Representative of Bom Dia Trading Filed by John B Hutton on behalf of Defendant Gramercy Investment Trust. (Attachments: # 1 Exhibit A (Transcript of Lourdes Zaczac# 2 Exhibit B Transcript of Georgi Zaczac)# 3 Exhibit C (Transcript of Bom Dia Trading Representative))(Hutton, John) Modified on 9/23/2008 (Sessions, Susan). (Entered: 09/22/2008) |
| 09/22/2008 | 54 | Transmittal of Record on Appeal to District Court. Case No. 6:08-cv-1631 (related document(s)28). (Johnson, Alyson) (Entered: 10/01/2008) |
| 09/23/2008 | 44 | Motion to Intervene Filed by Roy S Kobert on behalf of Creditor Bom Dia Trading, LLC (Kobert, Roy) (Entered: 09/23/2008) |
| 09/23/2008 | 45 | Hearing Proceeding Memo: Hearing Held, Ruling: Called with Adversary 08-127; Exhibits: D'ors 1 admitted; Gramercy 1 through 21 admitted; as to Second Motion for Preliminary Injunction, granted to 11/21/8, order by Wolff, court will enter today with 7 days to object; Disclosure Statement Hearing to be scheduled for 11/20/8 at 10:00 a.m. (Case Manager to Notice). (related document(s)38, 40). |

| | | |
|---|---|---|
| | | (Coberly, Susan) (Entered: 09/23/2008) |
| 09/23/2008 | 65 | Exhibit List *1, filed in open court* Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc (related document(s)45). (Sessions, Susan) (Entered: 10/08/2008) |
| 09/23/2008 | 66 | Exhibit List *1 through 21, filed in open court* Filed by John B Hutton on behalf of Defendant Gramercy Investment Trust (related document(s)45). (Sessions, Susan) (Entered: 10/10/2008) |
| 09/24/2008 | 46 | Order Granting Second Motion For Preliminary Injunction (Related Doc # 38). Signed on 9/24/2008. (Sessions, Susan ) Modified on 9/24/2008 (Sessions, Susan). (Entered: 09/24/2008) |
| 09/26/2008 | 47 | Notice of Appeal. *from Second Preliminary Injunction Order* (Fee Paid) Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust (related document(s)46). Appellant Designation due by 10/6/2008. (Grossman, Scott) Modified on 9/29/2008 (Johnson, Alyson). Transmitted to District Court, Case No. 6:08-cv-1753, 10/22/2008 Modified on 10/22/2008 (Sessions, Susan). (Entered: 09/26/2008) |
| 09/26/2008 | | Receipt of Filing Fee for Notice of Appeal(6:08-ap-00126-ABB) [appeal,ntcapl] ( 255.00). Receipt Number 13256113, Amount Paid $ 255.00 (U.S. Treasury) (Entered: 09/26/2008) |
| 09/26/2008 | 48 | Appellant Designation of Contents for Inclusion in Record on Appeal , Statement of Issues on Appeal,*of Second Preliminary Injunction* Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust (related document(s)47). Appellee designation due by 10/6/2008. (Grossman, Scott) (Entered: 09/26/2008) |
| 09/26/2008 | 49 | Motion & Request to Expedite Appeal *Processing and Transmittal of Appeal* Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust (related document(s)48, 47). (Grossman, Scott) Modified on 9/29/2008 (Johnson, Alyson). (Entered: 09/26/2008) |
| 09/26/2008 | 50 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 46)). Service Date 09/26/2008. (Admin.) (Entered: 09/27/2008) |
| 09/29/2008 | 51 | Certificate of Mailing via Bankruptcy Noticing Center *re: Notice of Appeal* (related document(s)47). (Johnson, Alyson) (Entered: 09/29/2008) |
| 09/29/2008 | 52 | Notice to Appellant of Responsibilities (related document(s)47). |

| | | |
|---|---|---|
| | | (Johnson, Alyson) (Entered: 09/29/2008) |
| 09/30/2008 | 53 | Certificate of Necessity *of Request for Emergency Hearing on Gramercy Investment Trust's Motion to Expedite Processing and Transmittal of Appeal* Filed by John B Hutton on behalf of Defendant Gramercy Investment Trust (related document(s)49). (Hutton, John) (Entered: 09/30/2008) |
| 10/01/2008 | 55 | BNC Certificate of Mailing. (related document(s) (Related Doc # 52)). Service Date 10/01/2008. (Admin.) (Entered: 10/02/2008) |
| 10/01/2008 | 56 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 51)). Service Date 10/01/2008. (Admin.) (Entered: 10/02/2008) |
| 10/02/2008 | 57 | Order Granting Motion To Intervene (Related Doc # 44). Signed on 10/2/2008. (Lumpkins, Scott ) (Entered: 10/02/2008) |
| 10/03/2008 | 58 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 54)). Service Date 10/03/2008. (Admin.) (Entered: 10/04/2008) |
| 10/03/2008 | 64 | Purchase Order for Transcript re: Appeal Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust (related document(s)62). (Sessions, Susan) (Entered: 10/08/2008) |
| 10/04/2008 | 59 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 57)). Service Date 10/04/2008. (Admin.) (Entered: 10/05/2008) |
| 10/06/2008 | 60 | Appellee Designation of Contents for Inclusion in Record of Appeal *of September 24, 2008 Second Preliminary Injunction* Filed by Frank M Wolff on behalf of Plaintiff CF Hospitality Inc (related document(s)47). (Wolff, Frank) (Entered: 10/06/2008) |
| 10/07/2008 | 62 | Transcript Regarding Hearing Held September 23, 2008 on Proceedings Before Judge Briskman. To purchase a copy of this transcript, please contact Accredited Court Reporters: 407-246-1717 (related document(s)45). (Attachments: # 1 pages 51 thru 78) (Gonzalez, Susan) (Entered: 10/08/2008) |
| 10/08/2008 | 61 | Transmittal of Supplemental Record on Appeal to District Court. Case No. 6:08-cv-1631 *re Transcript of hearing held on July 22, 2008* (related document(s)54). (Sessions, Susan) (Entered: 10/08/2008) |
| 10/08/2008 | 63 | Notice Regarding Filing of Transcript and Deadline for Filing Notice |

| | | |
|---|---|---|
| | | of Intent to Request Redaction of Transcript. Notice of Intent to Request Redaction of Transcript to be filed within 7 business days of the date of service of this notice, but an additional three days may be added if the notice is served by U.S. Mail (related document(s)62). (Gonzalez, Susan) (Entered: 10/08/2008) |
| 10/10/2008 | 67 | Intervenor's Motion to Strike *Defendant, Gramercy Investment Trust's Notice of Appeal* Filed by Roy S Kobert on behalf of Creditor Bom Dia Trading, LLC (related document(s)47). (Kobert, Roy) (Entered: 10/10/2008) |
| 10/10/2008 | 68 | BNC Certificate of Mailing. (related document(s) (Related Doc # 63)). Service Date 10/10/2008. (Admin.) (Entered: 10/11/2008) |
| 10/10/2008 | 69 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 61)). Service Date 10/10/2008. (Admin.) (Entered: 10/11/2008) |
| 10/14/2008 | 70 | Response to *Intervenor's Motion to Strike Defendant's Notice of Appeal* Filed by John B Hutton on behalf of Defendant Gramercy Investment Trust (related document(s)67). (Hutton, John) (Entered: 10/14/2008) |
| 10/22/2008 | 71 | Transmittal of Record on Appeal to District Court. Case No. 6:08-cv-1753 (related document(s)46, 47). (Sessions, Susan) (Entered: 10/22/2008) |
| 10/22/2008 | 75 | Order entered on October 23, 2008 by District Court Judge John Antoon II, Re: Appeal on Civil Action Number: 6:08-cv-1631, Order Granting Motion to Consolidate Cases; this appeal is consolidated with the appeal filed in Case Number 6:08-cv-1632; this case shall be the lead case . Signed on 10/22/2008 (Sessions, Susan) (Entered: 11/07/2008) |
| 10/24/2008 | 72 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 71)). Service Date 10/24/2008. (Admin.) (Entered: 10/25/2008) |
| 11/06/2008 | 73 | Third Motion for Preliminary Injunction *with Request for Expedited Disposition* Filed by Frank M Wolff on behalf of Plaintiff CF Hospitality Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (Wolff, Frank) (Entered: 11/06/2008) |
| 11/07/2008 | 74 | Notice of Hearing *on Plaintiff's Third Motion for Preliminary Injunction* Filed by Frank M Wolff on behalf of Plaintiff CF Hospitality Inc (related document(s)73). Hearing scheduled for 11/20/2008 at 10:30 AM at Orlando, FL - Courtroom A, 5th Floor, |

| | | |
|---|---|---|
| | | 135 W. Central Boulevard. (Wolff, Frank) (Entered: 11/07/2008) |
| 11/19/2008 | 76 | Response to *Plaintiff's Third Motion for Preliminary Injunction with Request for Expedited Disposition* Filed by Scott M Grossman on behalf of Defendant Gramercy Investment Trust (related document(s) 73). (Attachments: # 1 Exhibit Exhibits A and B# 2 Exhibit Exhibit C# 3 Exhibit Exhibits D and E) (Grossman, Scott) (Entered: 11/19/2008) |
| 11/20/2008 | 77 | Hearing Proceeding Memo: Hearing Held, Ruling: As to Third Motion for Preliminary Injunction, both parties to submit findings by noon on 11/21/8, court finds it doesn't have authority to issue an injunction based upon the D.C. order, but will make additional findings, "Under Advisement". (related document(s)73, 76). (Coberly, Susan) (Entered: 11/20/2008) |
| 11/21/2008 | 78 | Order entered on November 3, 2008 by District Court Judge John Antoon II, Re: Appeal on Civil Action Number: 6:08-cv-1631, 6:08-cv-1632, Order Dismissing Consolidated Appeals (related document(s)28, 24, 75). Signed on 11/21/2008 (Sessions, Susan) (Entered: 11/21/2008) |
| 11/21/2008 | 79 | Order entered on November 20, 2008 by District Court Judge John Antoon II, Re: Appeal on Civil Action Number: 6:08-cv-1753, Order Vacating Bankruptcy Court's Order Granting Second Preliminary Injunctions, and Remands for further proceedings consistent with this ruling (related document(s)46, 47). Signed on 11/21/2008 (Sessions, Susan) (Entered: 11/21/2008) |
| 11/21/2008 | 80 | Order Denying Motion For Preliminary Injunction (Related Doc # 73). Signed on 11/21/2008. (Osment, Kim ) (Entered: 11/21/2008) |
| 11/23/2008 | 81 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 80)). Service Date 11/23/2008. (Admin.) (Entered: 11/24/2008) |
| 11/25/2008 | 82 | Notice of Appeal. *of Order Denying Third Motion for Preliminary Injunction* (Fee Paid) Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc (related document(s)80). Appellant Designation due by 12/5/2008. (McFarlin, David) Modified on 12/1/2008 (Sessions, Susan). (Entered: 11/25/2008) |
| 11/25/2008 | | Receipt of Filing Fee for Notice of Appeal(6:08-ap-00126-ABB) [appeal,ntcapl] ( 255.00). Receipt Number 13838211, Amount Paid $ 255.00 (U.S. Treasury) (Entered: 11/25/2008) |
| 11/26/2008 | 83 | Purchase Order for Transcript re: Appeal Filed by David R McFarlin |

| | | |
|---|---|---|
| | | on behalf of Plaintiff CF Hospitality Inc (related document(s)77). Transcript Due by 12/29/2008. (Sessions, Susan) (Entered: 12/03/2008) |
| 12/03/2008 | 84 | Certificate of Mailing via Bankruptcy Noticing Center *re Notice of Appeal* (related document(s)82). (Sessions, Susan) (Entered: 12/03/2008) |
| 12/03/2008 | 85 | Motion for Leave to Appeal *Order Denying Motion for Third Preliminary Injunction* Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc (related document(s)80). (Attachments: # 1 Appendix List# 2 Appendix Exhibit 1# 3 Appendix Exhibit 2# 4 Appendix Exhibit 3# 5 Appendix Exhibit 4# 6 Appendix Exhibit 5# 7 Appendix Exhibit 6# 8 Appendix Exhibit 7# 9 Appendix Exhibit 8) (McFarlin, David) (Entered: 12/03/2008) |
| 12/03/2008 | 86 | Notice to Appellant of Responsibilities (related document(s)82). (Sessions, Susan) (Entered: 12/03/2008) |
| 12/03/2008 | 87 | Appellant Designation of Contents for Inclusion in Record on Appeal Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc (related document(s)86). Appellee designation due by 12/15/2008. (Sessions, Susan) (Entered: 12/03/2008) |
| 12/05/2008 | 88 | Supplemental Appellant Designation of Contents for Inclusion in Record on Appeal *and Statement of Issues to be Presented* Filed by David R McFarlin on behalf of Plaintiff CF Hospitality Inc (related document(s)87). Appellee designation due by 12/15/2008. (McFarlin, David) (Entered: 12/05/2008) |
| 12/05/2008 | 89 | BNC Certificate of Mailing. (related document(s) (Related Doc # 86)). Service Date 12/05/2008. (Admin.) (Entered: 12/06/2008) |
| 12/05/2008 | 90 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 84)). Service Date 12/05/2008. (Admin.) (Entered: 12/06/2008) |