UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NOS. 6:08-cv-2113-JA and 6:08-cv-2114-ACC

| | |
|---|---|
| In re:<br><br>CF HOSPITALITY, INC.,<br>SF HOTELS, INC.,<br>    Debtors, | Bankr. Case No. 6:08-bk-03517<br>Bankr. Case No. 6:08-bk-03518<br>Jointly administered under Chapter 11 |
| CF HOSPITALITY, INC.,<br>    Appellant,<br><br>v.<br><br>GRAMERCY INVESTMENT TRUST,<br>    Appellee. | Bankr. Adv. Proc. No. 6:08-ap-126-ABB |
| SF HOTELS, INC.,<br>    Appellant,<br><br>v.<br><br>GRAMERCY INVESTMENT TRUST,<br>    Appellee. | Bankr. Adv. Proc. No. 6:08-ap-127-ABB |

**MOTION OF GRAMERCY INVESTMENT TRUST TO APPEAR BY
TELEPHONICALLY AT HEARING SCHEDULED FOR
<u>JUNE 30, 2009, AT 9:30 A.M.</u>**

GRAMERCY INVESTMENT TRUST ("Gramercy"), by and through its undersigned counsel, hereby moves to permit John B. Hutton to appear telephonically at the status conference scheduled in the above-captioned appeal on June 30, 2009, at 9:30 a.m., and states as follows:

1.    Pursuant to the Court's Notice of Hearing issued on June 22, 2009, a status conference is scheduled for next week, June 30, 2009, at 9:30 a.m.

2. Undersigned counsel has scheduling conflicts that prevent him from appearing in person at the status conference scheduled for next week. Specifically, undersigned counsel has a bankruptcy court hearing in Miami on June 30, 2009 at 11:00 a.m., in *In re America Capital Corporation,* Case No. 06-12645-AJC.

3. As a result of this conflict (and similar conflicts by other attorneys in the firm that have appeared in this matter), undersigned counsel desires to attend the status conference scheduled for June 30, 2009, at 9:30 a.m., and seeks relief from the Court to permit his appearance by telephone.

4. Undersigned counsel may be contacted at the following number for the hearing:

Telephone Number: 305-579-0788.

5. Undersigned has conferred with other counsel appearing in this matter. the Debtors, SF Hotels, Inc. and CF Hospitality, Inc., do not oppose the relief requested, and other counsel have not responded to the request.

WHEREFORE, Gramercy seeks leave of this Court to allow undersigned counsel, John B. Hutton, to appear telephonically at the hearing scheduled for June 30, 2009, at 9:30 a.m.

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

| | |
|---|---|
| Respectfully submitted,<br><br>I. William Spivey, II<br>  Florida Bar No. 701076<br>  spiveyw@gtlaw.com<br>Greenberg Traurig, P.A.<br>450 S. Orange Avenue, Suite 650<br>Orlando, Florida 32801<br>Telephone: (407) 420-1000<br>Facsimile: (407) 841-1295 | John B. Hutton<br>  Florida Bar No. 902160<br>  huttonj@gtlaw.com<br>Elliot B. Kula<br>  Florida Bar No. 003794<br>  kulae@gtlaw.com<br>Scott M. Grossman<br>  Florida Bar No. 0176702<br>  grossmansm@gtlaw.com<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile: (305) 579-0717 |

By: _____/s/ John B. Hutton_____
John B. Hutton
*Counsel for Gramercy Investment Trust*

## CERTIFICATE OF SERVICE

I certify that a copy of this motion was served on June 23, 2009 by U.S. Mail and CM/ECF notice of electronic filing upon:

| | |
|---|---|
| Frank M. Wolff, Esq.<br>David R. McFarlin, Esq.<br>Wolff, Hill, McFarlin & Herron, P.A.<br>1851 W. Colonial Drive<br>Orlando, FL 32804<br>*Attorneys for the Debtors* | Roy S. Kobert, Esq.<br>Broad and Cassel<br>390 North Orange Avenue, Suite 1400<br>Orlando, FL 32801<br>*Attorneys for Bom Dia Trading,<br>LLC/Intervenor* |

_____/s/ John B. Hutton_____
John B. Hutton

ORL 297,351,193v1 6-23-09

3

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com